# EXHIBIT 1

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT ______ COUNTY | CERTIFICATION FOR EXEMPTION FROM E-FILING | For Court Use Only |
|---|---|---|

**Instructions**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

JAMES S. HAYLES

**Plaintiff / Petitioner** *(First, middle, last name)*

Enter the name of the person being sued as Defendant/Respondent

v.

AT&T

**Defendant / Respondent** *(First, middle, last name)*

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

**Case Number**

In 1, check the reasons you are asking to file by mail, in person, or by other means. You should check all that apply.

You are exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; OR
- your disability prevents you from e-filing.

1. **I am not able to e-file documents in this case for the following reasons** *(check all that apply)*:

☐ I am representing myself and do not have the Internet or a computer in my home. My only access is through a public terminal at a courthouse, library, or other location. This poses a financial or other hardship.

☐ I am representing myself and have trouble reading, writing, or speaking in English.

☐ I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

☒ I tried to e-file my documents, but I was unable to complete the process because the equipment or assistance I need is not available.

2. **Illinois Supreme Court Rule 9(c)(5) allows for an exemption from e-filing for good cause. For the above reasons, I need a good cause exemption from e-filing for my entire case or until I am able to e-file.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the *Certification for Exemption from E-filing* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.**

After you finish this form, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

| | |
|---|---|
| [signature] | 7226 W. BELDEN AVE B |
| *Your Signature* | *Street Address* |
| JAMES S. HAYLES Jr | ELMWOOD PARK, IL 60707 |
| *Print Your Name* | *City, State, ZIP* |
| 708-654-1060 | JSHAYLES@YAHOO.COM |
| *Telephone* | *Email* |

GETTING COURT DOCUMENTS BY EMAIL: You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

Civil Action Cover Sheet - Case Initiation (12/01/20) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JAMES S. HAYLES JR

v.

AT+T

No. [illegible]

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☐ No

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**

CASE TYPES:

- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**

CASE TYPES:

- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**

CASE TYPES:

- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☒ 074 Statutory Action (Please specify below.**)
- ☐ 075 Other Commercial Litigation (Please specify below.**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**

CASE TYPES:

- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** AGE DISCRIMINATION + HARASSMENT

Primary Email: JSHAYLES@YAHOO.COM

Secondary Email: ______

Tertiary Email: ______

By: [signature] ✓
(Attorney) (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's O ice Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: ______

Complaint (02/14/22) CCL 0063 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JAMES S. HAYLES JR Plaintiff(s) | Case No. 22L002575 |
| v. | Contract: |
| AT&T | Amount Claimed: |
| Defendant(s) | Return Date: |

COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required.):

SEE ATTACHED

The allegations in this complaint are true.

○ Atty. No.: ______ ☒ Pro Se 99500

Atty Name: JAMES S. HAYLES Dated: 3/16/2022

Atty. for (if applicable): ______

Address: 7226 W. BELDEN AVE B.

City: ELMWOOD PARK State: IL

Zip: 60707

Telephone: 708-654-1060

Primary Email: JSHAYLES@YAHOO.COM

Signature

**discrimination**

jshayles@yahoo..../Inbox

**James Hayles** <jshayles@yahoo.com>
To: J HAYLES <jshayles@yahoo.com>

Mar 15 at 1:13 PM

James S Hayles Jr., vs AT&T.

I was hired by Respondent in or around July of 2013. My job title was Retail Sales Consultant. During my employment, I was subjected to discipline and I was discharged on April 10, 2021, whereas younger employees were not disciplined or discharged under similar circumstances. During my employment I was also harassed and denigrated in public by my supervisors on many occasions, and there were witnesses to these occasions I believe that I have been discriminated against because of my age, 71 (Year of Birth: 1950), in violation of the Age Discrimination in Employment Act of 1967, as amended.

James S. Hayles Jr.
7226 W Belden Ave., B
Elmwood Park, Il. 60707
708-654-1060




**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2022L002575 **SHERIFF NUMBER:** 03623994 **MULT. SER.:** 1 **DOC. TYPE:** LAW
**DIE DATE:** 04/09/2022 **RECEIVED DATE:** 03/16/2022 **FILED DATE:** 03/16/2022 **DIST:** 606

**DEFENDANT:** AT&T
ADDRESS: 225 W RANDOLPH
CITY: CHICAGO
STATE: IL ZIP CODE: 60606
ATTACHED FEE AMT:
SERVICE INFORMATION:

**PLAINTIFF:** HAYLES, JAMES S JR
**ATTORNEY:** JAMES S HAYLES JR
ADDRESS: 225 W BELDEN AVE B
CITY: ELMWOOD PARK
STATE: IL ZIP CODE: 60707

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

****** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ******

___ **(8)** AND BY MAILING ON THE ___ DAY OF ______ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☑ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:** per security, no one is in.

WRIT SERVED ON: ________
SEX: ____ RACE: ____ AGE: ____
THIS 29 DAY OF March 20 22
TIME: ____

ATTEMPTED SERVICES

| Date | Time | Star # |
|---|---|---|

THOMAS J. DART,
SHERIFF, BY: /S/ HALL, JOSEPH #11158 , DEPUTY




**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2022L002575 **SHERIFF NUMBER:** 03623994 **MULT. SER.:** 1 **DOC. TYPE:** LAW

**DIE DATE:** 04/09/2022 **RECEIVED DATE:** 03/16/2022 **FILED DATE:** 03/16/2022 **DIST:** 606

| Date | Time | Star # |
| --- | --- | --- |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

James Hayles Jr.,

Plaintiff,

v.

AT&T

Defendant.

No. 22L2575

Calendar S

Judge Jerry A. Esrig

**ORDER**

Plaintiff did not appear for the initial Zoom case management conference at 9:30 a.m. The case is continued for a Zoom case management conference on August 25, 2022 at 10:30 a.m. with Zoom credentials of meeting id 95053221634 and password 335113 and Zoom call in number of 312-626-6799. Plaintiff must appear on August 25, 2022 at 10:30 a.m. or the case will be dismissed for want of prosecution.

ENTERED:

Honorable Jerry A. Esrig
Circuit Judge, Law Division

Dated: July 14, 2022

ENTERED
Judge Jerry A. Esrig-2101
JUL 14 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| James Hayles Jr., | |
| Plaintiff, | No. 22L2575 |
| v. | Calendar S |
| AT&T | Judge Jerry A. Esrig |
| Defendant. | |

**ORDER**

Plaintiff did not appear for the Zoom case management conference at 10:30 a.m. The case is dismissed for want of prosecution.

ENTERED:

Honorable Jerry A. Esrig
Circuit Judge, Law Division

Dated: August 25, 2022

ENTERED
Judge Jerry A. Esrig-2101
AUG 25 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT ______ COUNTY | CERTIFICATION FOR EXEMPTION FROM E-FILING | For Court Use Only |
|---|---|---|

2022L002575
2022 AUG 30 PM 3: 36
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION
FILED-1

**Instructions**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the name of the person being sued as Defendant/Respondent

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

JAMES S. HAYLES
Plaintiff / Petitioner *(First, middle, last name)*

v.

AT&T
Defendant / Respondent *(First, middle, last name)*

2022L002575
Case Number

In 1, check the reasons you are asking to file by mail, in person, or by other means. You should check all that apply.

**1. I am not able to e-file documents in this case for the following reasons** *(check all that apply)*:

- ☐ I am representing myself and do not have the Internet or a computer in my home. My only access is through a public terminal at a courthouse, library, or other location. This poses a financial or other hardship.
- ☐ I am representing myself and have trouble reading, writing, or speaking in English.
- ☐ I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.
- ☒ I tried to e-file my documents, but I was unable to complete the process because the equipment or assistance I need is not available.

You are exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; OR
- your disability prevents you from e-filing.

**2. Illinois Supreme Court Rule 9(c)(5) allows for an exemption from e-filing for good cause. For the above reasons, I need a good cause exemption from e-filing for my entire case or until I am able to e-file.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the *Certification for Exemption from E-filing* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.**

After you finish this form, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

[signature]
Your Signature

JAMES S. HAYLES Jr
Print Your Name

708-654-1060
Telephone

7226 W. BELDEN AVE B
Street Address

ELMWOOD PARK, IL 60707
City, State, ZIP

JSHAYLES@YAHOO.COM
Email

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Motion - General Form** (This form replaces CCMD-39) (12/01/20) CCG 0702

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

James S. Hayles Jr
Plaintiff(s)

v.

AT+T
Defendant(s)

No. 22L 2575

TO: AT+T

**MOTION BY** Plantiff **FOR** Vacate D.W.P.

Now Comes the Plantiff, James Hayles Jr, to move this Honorable Court to vacate the Order of Dismissal for want of Prosecution entered on August 25, 2022 by the Honorable Judge Jerry A. Esrig. In Support of said Motion, the Plantiff States that on the morning of August 25, 2022, Plantiff tried to activate the Zoom Conference call starting at 10:15 am but was unable. At approximately 10:29, Plantiff called the Zoom phone Number that was listed and listened. The Zoom call said I would remain in mute until my case was called. I listened as the Honorable Judge talked to a Defendant and said he would have to pay a Fine. At approximately 10:32 Am the Judge called my case. I tried to answer but was unable to. ~~Judge passed~~ (See page 2 Attached)

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: Aug 30, 2022 /s/ [signature]
Attorney Certification

Atty. No.: 99500
Name: James S. Hayles Jr
Atty. for:
Address: 7226 W. Belden Ave, B.
City/State/Zip: Elmwood Park, IL 60707
Telephone: 708-654-1060

FILED-1
2022 AUG 30 PM 3:36
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

8-30-22 Page 2 of 2

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

STATE OF ILLINOIS,
CIRCUIT COURT
Cook COUNTY

# ADDITIONAL MOTION

For Court Use Only

FILED-1
2022 AUG 30 PM 3:36
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

James Hayles Jr
**Plaintiff / Petitioner** *(First, middle, last name)*

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

v. AT&T

Enter the names of the people and businesses sued as Defendants/ Respondents.

**Defendants / Respondents** *(First, middle, last name, or business name)*

22L2575
**Case Number**

Enter the Case Number given by the Circuit Clerk.

If you do not have enough room on the *Motion* form, fill out this form and attach it to the *Motion*.

2. ***Motion* for:** Vacate DWP

Continued -
The Honorable Judge Esric then passed on my case and heard the Next. This involve a man That the Judge instructed to File a motion. At First the gentleman had some difficulty under-standing the Judge's Advice But Then he understood. The Judge then recalled my case. I tried to answer But was still on mute, the Judge then dismissed my case For want of Prosecution. Also he mentioned that This was the second time that I did not show. I was out of The country for the First Zoom Hearing but present but not heard for the second.

I believe that the Plaintiff has a just and meritorious cause of action.

No Prejudice will result against the parties if The Order of dismissal is vacated.

Wherefore, The Plaintiff James Hayles Jr, Prays This Honorable Court vacate The order of Dismissal of August 25, 2022, and Reinstate This Cause of action, instanter.

By James Hayles Jr
[signature]
Plaintiff

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

STATE OF ILLINOIS,
CIRCUIT COURT
COOK COUNTY

# CERTIFICATION FOR EXEMPTION FROM E-FILING

For Court Use Only

FILED
SEP 20 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**Instructions**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

JAMES S HAYLES J.
Plaintiff / Petitioner *(First, middle, last name)*

Enter the name of the person being sued as Defendant/Respondent

v.

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

AT+T
Defendant / Respondent *(First, middle, last name)*

2022 L 002575
Case Number

In 1, check the reasons you are asking to file by mail, in person, or by other means. You should check all that apply.

You are exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; OR
- your disability prevents you from e-filing.

1. **I am not able to e-file documents in this case for the following reasons** *(check all that apply)*:

☐ I am representing myself and do not have the Internet or a computer in my home. My only access is through a public terminal at a courthouse, library, or other location. This poses a financial or other hardship.

☐ I am representing myself and have trouble reading, writing, or speaking in English.

☐ I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

☒ I tried to e-file my documents, but I was unable to complete the process because the equipment or assistance I need is not available.

2. **Illinois Supreme Court Rule 9(c)(5) allows for an exemption from e-filing for good cause. For the above reasons, I need a good cause exemption from e-filing for my entire case or until I am able to e-file.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the *Certification for Exemption from E-filing* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.**

After you finish this form, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

[signature]
*Your Signature*

7226 W. BELDEN AVE B
*Street Address*

JAMES S. HAYLES JR.
*Print Your Name*

ELMWOOD PARK, IL 60707
*City, State, ZIP*

708-654-1060
*Telephone*

JSHAYLES@YAHOO.COM
*Email*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

3303 (12/01/20) CCG 0003

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

James S. Hayles Jr

AT&T

No. 2022 L 002575

FILED
SEP 20 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

NOTICE OF MOTION

To: AT&T
225 W Randolph St Chicago. IL.

On Oct 11, 2022 at 9:30 AM a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jerry A. Esrig or any judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at 50 W. Washington, Chicago, IL Illinois, and present Evidence to Vacate DWP.

Atty. No.: 99500 Pro se 99500
Name: James S. Hayles
Atty. for: Pro Se
Address: 7226 W. Belden Ave
City/State/Zip Code: Elmwood Park, IL 60707
Telephone: 708-654-1060
Primary Email: JSHAYLES@YAHOO.com
Secondary Email: —
Tertiary Email: —

☒ PROOF OF SERVICE BY DELIVERY

I, James S. Hayles Jr ☐ the attorney ☒ non-attorney certify that on the 20th day of September 2022, I served this notice by delivering a copy personally to each person to whom it is directed.

Dated: 9-20-22 [signature]
Signature/Certification

☐ PROOF OF SERVICE BY MAIL

I, ______, ☐ the attorney ☐ non-attorney certify that I served this notice by mailing a copy to ______ at ______
(address on envelope)
and depositing the same in the U.S. Mail at ______
(place of mailing)
at ______ a.m/p.m.. on the ______ day of ______, with proper postage prepaid.

Dated: ______ ______
Signature/Certification

☐ PROOF OF ELECTRONIC SERVICE (WHERE PERMISSIBLE)

I, ______ ☐ the attorney ☐ non-attorney certify that on the ______ day of ______, I served this notice electronically ☐ via the Clerk's Office E-filing system, or ☐ by telefax transmission (______ pages) with consent of the recipient where permissible under Ill. Sup Ct. R.11, at fax no. ______, at ______ a.m./p.m., from ______
(Place)

☐ Via email (Sender's Email is ______
Recipient's email is: ______).

Dated: ______ ______
Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Motion – General Form (This form replaces CCMD-39) (12/01/20) CCG 0702

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

James S. Hayles Jr
Plaintiff(s)

v.

AT+T
Defendant(s)

No. 22L 2575

FILED
SEP 20 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

TO: AT+T

MOTION BY Plantiff FOR Vacate D.W.P.

Now Comes the Plantiff, James Hayles Jr, to move this Honorable Court to Vacate the Order of Dismissal for want of Prosecution entered on August 25, 2022 by the Honorable Judge Jerry A. Esrig. In Support of said Motion, the Plantiff States that on the morning of August 25, 2022, Plantiff tried to activate the Zoom Conference call starting at 10:15 am but was unable. At approximately 10:29, Plantiff called the Zoom phone Number that was Listed and Listened. The Zoom call said I would remain in mute until my case was called. I listened as the Honorable Judge talked to a Defendant and said he would have to pay a fine. At approximately 10:32 am the Judge called my case. I tried to answer but was unable to. ~~Judge passed~~

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead. (See page 2 Attached)

Dated: Aug 30, 2022 /s/ [signature]
Attorney Certification

Atty. No.: 99500
Name: James S. Hayles Jr
Atty. for:
Address: 7226 W. Belden Ave B.
City/State/Zip: Elmwood Park, IL 60707
Telephone: 708-654-1060

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

STATE OF ILLINOIS,
CIRCUIT COURT
Cook COUNTY

# ADDITIONAL MOTION

For Court Use Only

**Instructions**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the names of the people and businesses sued as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

James S. Hayles Jr
Plaintiff / Petitioner *(First, middle, last name)*

v. AT&T

Defendants / Respondents *(First, middle, last name, or business name)*

22L2575
Case Number

If you do not have enough room on the *Motion* form, fill out this form and attach it to the *Motion*.

2. ***Motion for:*** Vacate DWP

Continued -

The Honorable Judge Esric then passed on my case and heard the Next. This involved a man that the Judge instructed to File a motion. At First the gentleman had some difficulty understanding the Judge's Advice But Then he understood. The Judge then recalled my case. I tried to answer But was still on mute, The Judge then dismissed my case for want of Prosecution. Also he mentioned that This was the second time that I did not show. I was out of The country for the First Zoom Hearing but present but not heard for the second.

I believe That the Plaintiff has a just and meritorious cause of action.

No Prejudice will result against the parties if the Order of dismissal is vacated.

WhereFore, The Plaintiff James Hayles Jr, Prays This Honorable Court vacate The order of Dismissal of August 25, 2022, and Reinstate This Cause of Action instanter.

By James Hayles Jr
[signature]
Plaintiff

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JAMES HAYLES

Plaintiff,

v.

AT&T

Defendant.

No. 2022L002575

Calendar S

Judge Jerry A. Esrig

**ORDER**

The matter comes before the court on Plaintiff's motion to vacate the order of dismissal entered August 25, 2022.

It is hereby ordered, the Dismissal for Want of Prosecution order entered August 25, 2022 is vacated. The case is continued to November 17, 2022 at 10:30 a.m. via Zoom with Zoom credentials of meeting ID 95053221634 and Password 335113.

4285
4804
6315

ENTERED:

Honorable Jerry A. Esrig
Circuit Judge, Law Division

Dated: October 11, 2022

Judge Jerry A. Esrig
OCT 11 2022
Circuit Court - 2101

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JAMES HAYLES,

Plaintiff,

v.

AT&T,

Defendant.

No. 22 L 2575

Calendar S

Judge Jerry A. Esrig

**ORDER**

Plaintiff, James Hayles appearing, alias summons to issue granted. The case is continued to February 2, 2023 at 10:30 a.m. for status on service via Zoom. The Zoom ID is 95053221634 and the Password is 335113.

4213
4806
6315

ENTERED:

Honorable Jerry A. Esrig
Circuit Judge, Law Division

Dated: November 17, 2022

Judge Jerry A. Esrig
NOV 17 2022
Circuit Court - 2101



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2022L002575 **SHERIFF NUMBER:** 03698757 **MULT. SER.:** 1 **DOC. TYPE:** LAW
**DIE DATE:** 12/22/2022 **RECEIVED DATE:** 12/01/2022 **FILED DATE:** 12/01/2022 **DIST:** 604

**DEFENDANT:** AT AND T CORP
ADDRESS: 208 S LASALLE
CITY: CHICAGO
STATE: IL ZIP CODE: 60604
ATTACHED FEE AMT:
SERVICE INFORMATION:

**PLAINTIFF:** HAYLES, JAMES S JR
**ATTORNEY:** JAMES S HAYLES JR
ADDRESS: 208 W BELDEN AVE UNIT B
CITY: ELMWOOD PARK
STATE: IL ZIP CODE: 60707

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

****** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ******

___ **(8)** AND BY MAILING ON THE ___ DAY OF ______ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

WRIT SERVED ON: DERRICK HACKETT

Error: Subreport could not be shown.

SEX: M RACE: BL AGE: 30
THIS 06 DAY OF December 2022
TIME: 11:30 AM

THOMAS J. DART,
SHERIFF, BY: /S/ GIBSON, ANDY #11216 , DEPUTY




**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2022L002575 **SHERIFF NUMBER:** 03698757 **MULT. SER.:** 1 **DOC. TYPE:** LAW

**DIE DATE:** 12/22/2022 **RECEIVED DATE:** 12/01/2022 **FILED DATE:** 12/01/2022 **DIST:** 604

Error: Subreport could not be shown.

**District 1**

## Case Summary

**Case No. 2022L002575**

| **JAMES HAYLES-vs-AT&T** | § | Location: **District 1** |
|---|---|---|
| | § | Judicial Officer: **Calendar, S** |
| | § | Filed on: **03/16/2022** |

### Case Information

**Statistical Closures**
08/25/2022 Disposed

Case Type: Statutory Action - Non Jury
Case Status: **08/25/2022 Disposed**

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2022L002575 |
| Court | District 1 |
| Date Assigned | 03/16/2022 |
| Judicial Officer | Calendar, S |

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **HAYLES, JAMES S** | **Pro Se** |
| **Defendant** | **AT&T** | |

### Events and Orders of the Court

02/02/2023 **Continued Case Management** (10:30 AM) (Judicial Officer: Esrig, Jerry A)
Resource: Location L2006 Court Room 2006
Resource: Location D1 Richard J Daley Center

12/08/2022 Summons Served - Corporation/Company/Business
*Sheriff ID: 03698757, UNKNOWN LITIGANT Sheriff Filename: 2022L00257503698757.pdf*
Date Served: 12/06/2022

11/17/2022 Case Set On Status Call - Continued - (Judicial Officer: Esrig, Jerry A)
Party: Plaintiff HAYLES, JAMES S

11/17/2022 Issue Alias Summons - Allowed - (Judicial Officer: Esrig, Jerry A)
Party: Defendant AT&T

11/17/2022 Case Assigned to Zoom Hearing - Allowed (Judicial Officer: Esrig, Jerry A)
Party: Plaintiff HAYLES, JAMES S

11/17/2022 **Continued Case Management** (10:30 AM) (Judicial Officer: Esrig, Jerry A)
Resource: Location L2006 Court Room 2006
Resource: Location D1 Richard J Daley Center

## Case Summary

**Case No. 2022L002575**

10/11/2022
Strike Or Vacate An Order - Allowed - (Judicial Officer: Esrig, Jerry A)
Party: Plaintiff HAYLES, JAMES S

10/11/2022
Case Assigned to Zoom Hearing - Allowed (Judicial Officer: Esrig, Jerry A)
Party: Plaintiff HAYLES, JAMES S

10/11/2022
Case Set On Status Call - Continued - (Judicial Officer: Esrig, Jerry A)
Party: Plaintiff HAYLES, JAMES S

10/11/2022 **First Time Motion Hearing** (9:30 AM) (Judicial Officer: Esrig, Jerry A)
Resource: Location L2006 Court Room 2006
Resource: Location D1 Richard J Daley Center

09/20/2022
Motion Filed
Party: Plaintiff HAYLES, JAMES S

09/20/2022
Notice Of Motion Filed
Party: Plaintiff HAYLES, JAMES S

09/20/2022
Proof Of Service Filed
Party: Plaintiff HAYLES, JAMES S

09/20/2022
E-Filing Exemption - Filed
Party: Plaintiff HAYLES, JAMES S

08/30/2022
Motion Filed
Party: Plaintiff HAYLES, JAMES S

08/30/2022
E-Filing Exemption - Filed
Party: Plaintiff HAYLES, JAMES S

08/25/2022
Dismissed For Want Of Prosecution (Judicial Officer: Esrig, Jerry A)
Party: Plaintiff HAYLES, JAMES S

08/25/2022 **Continued Case Management** (10:30 AM) (Judicial Officer: Esrig, Jerry A)
Resource: Location L2006 Court Room 2006
Resource: Location D1 Richard J Daley Center

07/14/2022
Case Continued For Case Management Conference - Allowed - (Judicial Officer: Esrig, Jerry A)
Party: Defendant AT&T

07/14/2022 **First Time Case Management** (9:30 AM) (Judicial Officer: Esrig, Jerry A)
Resource: Location L2006 Court Room 2006
Resource: Location D1 Richard J Daley Center

03/31/2022
Summons Returned - N.S. Reason: Other Reason
*Sheriff ID: 03623994, Sheriff Filename: 2022L00257503623994.pdf*
Date Served: 03/29/2022
Party: Defendant AT&T

03/16/2022
Statutory Action Complaint Filed

03/16/2022
Exhibits Filed

03/16/2022
E-Filing Exemption - Filed

03/16/2022
New Case Filing

## Case Summary

**Case No. 2022L002575**